AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America
v.
JEFFREY BROADT
*Defendant*

Case No. 2:15-mj-1181-CWH

Charging District: SD of California

Charging District's Case No. 15CR2932 GPC

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US District Court 880 Front Street San Diego, CA 92101 | Courtroom No.: Judge Burticks Courtroom |
| | Date and Time: 12/29/15, 2 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Dec 10, 2015

*Judge's signature*

C.W. HOFFMAN, JR. U.S. MAGISTRATE JUDGE
*Printed name and title*